864

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

years in the penitentiary upon conviction of the offense of murder without malice.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

## McDANIEL v. STATE.
### No. 26146.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

## CAVENDER v. STATE.
### No. 26170.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of cattle theft and punishment assessed at two years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was assessed a penalty of three